yet the court was of opinion, that the averments in the declaration amounted to that.

### SLOAN'S APPEAL FROM PROBATE.

Appeal from probate judgment disaffirmed, no cost allowed.

APPEAL from a judgment of the Court of Probate, making distribution of Daniel Mansfield's estate. Judgment of the Court of Probate disaffirmed, and no cost allowed; upon the ground that an appeal from probate is in nature of a writ of error; and it would in ordinary cases, be unreasonable the party should pay cost for the error of the judge — but when it appears that the mistake is caused by the fraud or negligence of the adverse party, it would be reasonable to allow cost.

### HALL v. FITCH, SHERIFF.

A bondsman may be relieved by an *audita querela,* against the debt in a judgment recovered against him, for the escape of a prisoner; where the original creditor's right of action, is barred against the sheriff, by the Statute of Limitation.

AUDITA QUERELA, praying to be relieved from a certain execution which the sheriff had against him; which was obtained upon a bond, conditioned that one Cook should abide a faithful prisoner, on the ground that the sheriff's right of recovering the money, arose from his liability to the creditor; and that the creditor's right of recovering against the sheriff, in this case, was extinguished and barred by law.

Judgment — That he be relieved as to the debt in the execution only.  1 Bac. Ab. 198; Cro. Ja. 337.

### SMITH v. ISAACS.

Title to lands by a fifteen years' possession, may be acquired, under certain circumstances, without being actually inclosed by a fence.

ACTION of ejectment for a piece of land.  Plea not guilty. Issue to the jury.

Case was — Deodat Johnson owned a tract of land containing this and as much more lying together with it:  The defendant and Benjamin Douglass late of New Haven, purchased of said Johnson the whole of said lands between them, each paid one-half of the purchase money and were to have one-half of the land:  That for some reasons, a deed was given